FILED
SEP 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ark Initiative, et al.,  )
                         )   CASE NUMBER  1:06CV01574
                         )
           Plaintiff     )   JUDGE: John D. Bates
    vs                   )
                         )   DECK TYPE: Administrative Agency Review
                         )
U.S. Forest Service, et al.  )   DATE STAMP: 09/08/2006
                         )
           Defendant     )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of , __Ark Initiative__ which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
James B. Dougherty

Signature

939538
BAR IDENTIFICATION NO.

Print Name
James B. Dougherty

Address
709 3rd St. SW
City    State    Zip Code

Washington DC 20024
Phone Number