SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARK INITIATIVE, DONALD DUERR, ALEX FORSYTHE, and PAUL SMITH, | |
| Plaintiffs, | Case No. 06-CV-1574-JDB |
| v. | |
| UNITED STATES FOREST SERVICE; and DALE BOSWORTH, Chief, United States Forest Service, | |
| Federal Defendants. | |

**FEDERAL DEFENDANTS' NOTICE OF
<u>ATTORNEY APPEARANCE</u>**

Federal Defendants hereby give notice of the appearance of Beverly Li as counsel for Federal Defendants in the above-captioned litigation.

Service of all papers by U.S. Mail should be addressed as follows:

    Beverly Li
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, DC 20044-0663

- 1 -

Express deliveries (Federal Express, etc.) should be addressed to:

>   Beverly Li
>   U.S. Department of Justice
>   Environment & Natural Resources Division
>   601 D St. NW, Room 3137
>   Washington, DC 20004

Facsimiles may be transmitted to Ms. Li at (202) 514-8865.

>   Respectfully submitted this 5th day of October, 2006.

>                           SUE ELLEN WOOLDRIDGE
>                           Assistant Attorney General
>                            /s/ Beverly F. Li
>                           BEVERLY F. LI (WSBA # 33267)
>                           Trial Attorney
>                           U.S. Department of Justice
>                           Environment & Natural Resources Div.
>                           P.O. Box 663
>                           Washington, DC 20044-0663
>                           Telephone: (202) 353-9213
>                           Facsimile: (202) 514-8865
>
>                           Attorneys for Federal Defendants

NOTICE OF APPEARANCE
Civ. No. 06-1574-JDB                    - 2 -

# **CERTIFICATE OF SERVICE**

     I hereby certify that on October 5, 2006, I electronically filed the foregoing NOTICE OF ATTORNEY APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Dougherty  
LAW OFFICE OF J.B. DOUGHERTY  
709 Third Street, SW  
Washington, DC 20024  
Tel: (202) 488-1140  
Fax: (202) 484-1789  
Email: jdoughertydc@yahoo.com

Attorney for Plaintiffs

     I hereby certify that on October 5, 2006, I served the foregoing by first class mail, postage prepaid, to the following counsel of record:

Judith Brawer  
150s N. 7th Street  
Boise, ID 83702  
Tel: 208-871-0596  
jbrawer@brawerlaw.com

Attorney for Plaintiffs

                                        /s/ Beverly F. Li  
                                        Beverly F. Li  
                                        Attorney for Federal Defendants

NOTICE OF APPEARANCE  
Civ. No. 06-1574-JDB                        - 1 -