SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The ARK INITIATIVE, et al., | |
| Plaintiffs, | Civil Case No. 06-CV-1574 |
| v. | |
| UNITED STATES FOREST SERVICE; DALE BOSWORTH, Chief, United States Forest Service, | NO ORAL ARGUMENT REQUESTED |
| Federal Defendants. | |

**FEDERAL DEFENDANTS'**
**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE ANSWER**
**OR OTHER RESPONSIVE PLEADING**
**AND MEMORANDUM IN SUPPORT THEREOF**

**INTRODUCTION**

Federal Defendants hereby move for a thirty-day extension of time in which to file their Answer or other responsive pleading in this matter for the reasons stated below. Federal Defendants have consulted with counsel for Plaintiffs who indicated that Plaintiffs do not oppose this motion.

**ANALYSIS**

Plaintiffs challenge the Forest Service's decision to authorize the Snowmass Ski Area Master Plan Amendment Improvements Project under the National Environmental Policy Act of 1969 ("NEPA"), 42 U.S.C. § 4321 *et seq.*, and the Administrative Procedure Act ("APA"), 5

U.S.C. § 701 *et seq.* Compl. ¶¶ 87-99. Plaintiffs also bring a claim under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*, for the Forest Service's alleged failure to timely provide documents Plaintiffs requested, requiring Plaintiffs to pay search fees to obtain the documents, and failing to issue a final determination on their administrative appeal. Compl. ¶¶ 95-99.

Under Federal Rule of Civil Procedure 12(a)(3)(A), Federal Defendants generally have 60 days in which to file an answer to a complaint. However, FOIA provides a statutory period of 30 days in which an answer must be filed, unless the Court otherwise directs for good cause shown. 5 U.S.C. § 552(a)(4)(C). Thus, the usual 60-day period applies to the filing of an answer as to Plaintiffs' NEPA and APA claims, which form the bulk of the Complaint, while a 30-day period applies to Plaintiffs' FOIA claims. Plaintiffs' Complaint involves complex environmental issues under NEPA and the APA and contains numerous factual allegations related to those claims to which the Agency will not be able to adequately respond within a 30-day time frame. Additionally, the filing of a responsive pleading to the FOIA-related allegations within 30 days and a responsive pleading to the remaining allegations at a later date may result in confusion and an inefficient use of judicial resources. Therefore, Federal Defendants respectfully request that the Court grant a 30-day extension of time for filing an answer as to the FOIA allegations.

## **CONCLUSION**

For the foregoing reasons, the Court should grant Federal Defendants' motion for extension of time to file answer or other responsive pleading.

Respectfully submitted this 5th day of October, 2006.

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    /s/   Beverly F. Li
    BEVERLY F. LI (WSBA #33267)
    Trial Attorney
    U.S. Department of Justice
    Environment & Natural Resources Div.
    P.O. Box 663
    Washington, DC 20044-0663

Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2006, I electronically filed the foregoing (1) FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING AND MEMORANDUM IN SUPPORT THEREOF, and (2) PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSIVE PLEADING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Dougherty
LAW OFFICE OF J.B. DOUGHERTY
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
Email: jdoughertydc@yahoo.com

Attorney for Plaintiffs

    I hereby certify that on October 5, 2006, I served the foregoing by first class mail, postage prepaid, to the following counsel of record:

Judith Brawer
150s N. 7th Street
Boise, ID 83702
Tel: 208-871-0596
jbrawer@brawerlaw.com

Attorney for Plaintiffs



                                                  /s/ Beverly F. Li
                                                Beverly F. Li
                                                Attorney for Federal Defendants