SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| The ARK INITIATIVE, et al., ) | |
| Plaintiffs, ) | Civil Case No. 06-CV-1574 |
| v. ) | |
| UNITED STATES FOREST SERVICE; ) DALE BOSWORTH, Chief, United States ) Forest Service, ) | |
| Federal Defendants. ) | |

**[PROPOSED] ORDER GRANTING
FEDERAL DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER
OR OTHER RESPONSIVE PLEADING**

This matter is before the Court upon Federal Defendants' motion to transfer to the United States District Court for the District of California. Having fully considered the matter, including the parties' briefs and Plaintiffs' lack of opposition, it is ORDERED that Federal Defendants' motion for extension of time to file Answer or other responsive pleading is hereby GRANTED. Federal Defendants shall have an additional 30 days in which to file their Answer or other responsive pleading.

1  It is so ORDERED.

2

3  Dated: _____

4  HON. JOHN D. BATES
   United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING FED. DEFS.'
MOT. FOR EXTENSION OF TIME TO FILE ANSWER                                              2