SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARK INITIATIVE, DONALD DUERR, ALEX FORSYTHE, and PAUL SMITH,<br><br>         Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; and DALE BOSWORTH, Chief, United States Forest Service,<br><br>         Federal Defendants. | Case No. 06-CV-1574-JDB |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION TO**
**TRANSFER VENUE TO**
**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Federal Defendants, by and through their undersigned counsel, hereby move for transfer of the above captioned action to United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1404(a). In support thereof, Defendants rely on Plaintiffs' Complaint and Federal Defendants' Memorandum in Support of Federal Defendants' Unopposed Motion to Transfer Venue.

Federal Defendants request that this motion be granted on the grounds that the case could have been brought in the District of Colorado originally, and because transfer is in the interest of

FED. DEFS.' MOT. TO TRANSFER VENUE                                                                                              1

justice and would not inconvenience the parties.  The above-captioned case concerns land use and other issues of concern specific to the citizens of Colorado.  Because there is strong local interest in resolving disputes over the management of national forest land in Colorado in the forum that encompasses that land, the Court should transfer this case to the U.S. District Court for the  District of Colorado.

Counsel for Federal Defendants has consulted with counsel for Plaintiffs who do not oppose this motion.

For the foregoing reasons, and those stated in the accompanying memorandum, Defendants respectfully request that this Court grant their motion and transfer this action to the United States District Court for the District of Colorado.

Respectfully submitted this 20th day of October, 2006

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        /s/     Beverly F. Li
        BEVERLY F. LI (WSBA #33267)
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Div.
        P.O. Box 663
        Washington, DC 20044-0663
        Telephone: (202) 353-9213
        Facsimile: (202) 514-8865
        beverly.li@usdoj.gov

        Attorney for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2006, I electronically filed the foregoing: (1) FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO, and (2) PROPOSED ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO TRANSFER VENUE TO THE DISTRICT OF COLORADO, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Dougherty
LAW OFFICE OF J.B. DOUGHERTY
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
Email: jdoughertydc@yahoo.com

Attorney for Plaintiffs

I hereby certify that on October 20, 2006, I served the foregoing by first class mail, postage prepaid, to the following counsel of record:

Judith Brawer
150s N. 7th Street
Boise, ID 83702
Tel: 208-871-0596
jbrawer@brawerlaw.com

Attorney for Plaintiffs



   /s/ Beverly F. Li
Beverly F. Li
Attorney for Federal Defendants

FED. DEFS.' MOT. TO TRANSFER VENUE                                                                3