SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARK INITIATIVE, DONALD DUERR, ALEX FORSYTHE, and PAUL SMITH, ) ) ) | |
| Plaintiffs, ) | Civil Case No. 06-CV-1574-JDB |
| v. ) ) | |
| UNITED STATES FOREST SERVICE; and DALE BOSWORTH, Chief, United States Forest Service, ) ) ) ) | |
| Federal Defendants. ) ) | |

**[PROPOSED] ORDER GRANTING
FEDERAL DEFENDANTS'
UNOPPOSED MOTION TO TRANSFER**

This matter is before the Court upon Federal Defendants' motion to transfer to the United States District Court for the District of California. Having fully considered the matter, including the parties' briefs and Plaintiffs' lack of opposition, it is ORDERED that for the convenience of the parties and in the interest of justice, Federal Defendants' motion to transfer is hereby GRANTED. The clerk of the Court is directed to transfer this case to the United States District Court for the District of Colorado, consistent with this order.

1

1  It is so ORDERED.

2

3  Dated:

4                                              HON. JOHN D. BATES

5                                              United States District Judge