# Final Environmental Assessment
## for the
# Snowmass Ski Area Master Plan Amendment
# Ski Area Improvements

USDA Forest Service
Aspen Ranger District
White River National Forest
Pitkin County, Colorado



Responsible Official:
Maribeth Gustafson
Forest Supervisor
White River National Forest

For Further Information, Contact Jim Stark
Winter Sports Administrator
Aspen Ranger District
806 W. Hallam
Aspen, CO 81611
(970) 925-3445

## SUMMARY

The Aspen Skiing Company is proposing to implement several elements of the 2003 Snowmass Mountain Master Plan Amendment. After Forest Service review, ski area Master Plans (MDP's) are "*accepted*" in concept as guiding documents. MDP's generally are reviewed and revised every 5-10 years, but sometimes sooner, depending on the occurrence of any changed environmental conditions, new regulations or laws, or new ideas and technologies. While some "proposed conditions" of the Snowmass MDP have gained previous site-specific approvals, other elements have not received any formal Forest Service environmental review. Regardless of the situation, any new project proposed for implementation, whether previously approved or a new proposal, must go through a Forest Plan consistency review to assure compliance with all new direction contained in the 2002 Revision of the White River National Forest Land and Resource Management Plan.

The study area is located within the Snowmass Ski Area permit boundary, as depicted in Figure 1, and is located within the Aspen Ranger District, White River National Forest, Pitkin County, Colorado. This environmental analysis is needed to assure that all projects proposed for implementation in this review are consistent with management direction contained in the revised 2002 Forest Plan, and in compliance with the National Environmental Policy Act (NEPA) and other relevant federal, state, and local laws and regulations.

Much of the analysis associated with this document is tiered to studies and findings contained in the 1994 Record of Decision (ROD) and Final Environmental Impact Statement (FEIS) for the Snowmass Ski Area. Some references are attached to this document as appendices, while others direct the reader to the original documents, which can be reviewed at the Aspen Ranger District upon request.

The 2003 Snowmass Mountain Master Plan will also be available for review at the Aspen Ranger District Office during the normal hours of operation.

# FINAL ENVIRONMENTAL ASSESSMENT
# SNOWMASS SKI AREA IMPROVEMENTS

## CHAPTER ONE

### Introduction

The Forest Service has prepared this Environmental Assessment (EA) in compliance with the National Environmental Policy Act (NEPA) and other relevant laws and regulations. This EA discloses the direct, indirect, and cumulative environmental impacts that may arise from the proposed action and any other alternatives developed to address issues identified during the scoping process, or issues identified as a result of on-site field reviews.

### Background

The Snowmass Ski Area is currently operated by the Aspen Skiing Company (ASC) under a Special Use Permit issued by the Forest Service (7/95, exp.12/34). The ski area has been in operation since 1967, with roughly eighty percent of the acreage within the ski area boundary occurring on National Forest System land, and twenty percent on privately owned land.

On January 2, 2003, the Aspen Skiing Company submitted a formal proposal to the Aspen Ranger District, White River National Forest, requesting an environmental review of several projects within the Snowmass Ski Area permit boundary. The proposal was later amended and re-submitted on May 2, 2003. All of the proposed projects are discussed in the 2003 Snowmass Mountain Master Plan Amendment. The projects include:
1) The Sam's Knob Express lift installation and summit re-grade.
2) The Burnt Mountain traverse and ski trail development.
3) The Big Burn lift replacement and realignment.

### Public Involvement

The first proposal was accepted as submitted, and formal public scoping was initiated during the period of February 1, 2003 through March 3, 2003.

A revised proposal was later accepted, and a subsequent formal public scoping process was initiated that requested comments during the period of May 24 through June 23 by means of a news release and legal notice in the Aspen Times Weekly.

During the time period of May, 2003 through July, 2004, numerous summer and winter site visits to the study area were conducted by Forest Service staff, ASC personnel, consultants, and other federal and state personnel to further refine the proposed action, as well as to perform the necessary field studies and analyses of the biological and physical aspects of the proposed actions.