Table C.
U.S. District Courts—Civil Cases Commenced, Terminated, and Pending
During the 12-Month Periods Ending March 31, 2004 and 2005

| Circuit | Filings 2004 | Filings 2005 | Filings Percent Change | Terminations 2004 | Terminations 2005 | Terminations Percent Change | Pending 2004[1] | Pending 2005 | Pending Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **255,851** | **278,712** | **8.9** | **241,864** | **260,980** | **7.9** | **263,440** | **281,172** | **6.7** |
| DC | 2,531 | 2,559 | 1.1 | 2,813 | 2,532 | -10.0 | 3,282 | 3,309 | 0.8 |
| **1ST** | **6,445** | **6,750** | **4.7** | **6,300** | **6,707** | **6.5** | **7,310** | **7,353** | **0.6** |
| ME | 537 | 521 | -3.0 | 615 | 500 | -18.7 | 333 | 354 | 6.3 |
| MA | 3,331 | 3,306 | -0.8 | 2,883 | 3,490 | 21.1 | 4,006 | 3,822 | -4.6 |
| NH | 574 | 504 | -12.2 | 603 | 541 | -10.3 | 507 | 470 | -7.3 |
| RI | 621 | 828 | 33.3 | 616 | 618 | 0.3 | 568 | 778 | 37.0 |
| PR | 1,382 | 1,591 | 15.1 | 1,583 | 1,558 | -1.6 | 1,896 | 1,929 | 1.7 |
| **2ND** | **23,459** | **24,020** | **2.4** | **22,408** | **22,354** | **-0.3** | **30,200** | **31,866** | **5.5** |
| CT | 2,300 | 2,336 | 1.6 | 2,108 | 2,536 | 20.3 | 3,108 | 2,908 | -6.4 |
| NY,N | 1,554 | 1,601 | 3.0 | 1,543 | 1,619 | 4.9 | 2,542 | 2,524 | -0.7 |
| NY,E | 6,514 | 6,279 | -3.6 | 6,918 | 6,583 | -4.9 | 7,849 | 7,545 | -3.9 |
| NY,S | 11,120 | 11,676 | 5.0 | 9,973 | 9,591 | -3.8 | 13,881 | 15,966 | 15.0 |
| NY,W | 1,628 | 1,749 | 7.4 | 1,517 | 1,654 | 9.0 | 2,508 | 2,603 | 3.8 |
| VT | 343 | 379 | 10.5 | 349 | 371 | 6.3 | 312 | 320 | 2.6 |
| **3RD** | **22,517** | **32,835** | **45.8** | **22,337** | **27,777** | **24.4** | **19,536** | **24,594** | **25.9** |
| DE | 1,147 | 1,628 | 41.9 | 1,357 | 1,424 | 4.9 | 1,556 | 1,760 | 13.1 |
| NJ | 6,559 | 6,853 | 4.5 | 6,314 | 6,618 | 4.8 | 5,941 | 6,176 | 4.0 |
| PA,E | 8,900 | 18,219 | 104.7 | 8,441 | 13,817 | 63.7 | 6,263 | 10,665 | 70.3 |
| PA,M | 2,676 | 2,909 | 8.7 | 2,666 | 2,813 | 5.5 | 2,075 | 2,171 | 4.6 |
| PA,W | 2,869 | 2,846 | -0.8 | 3,225 | 2,881 | -10.7 | 2,804 | 2,769 | -1.3 |
| VI | 366 | 380 | 3.8 | 334 | 224 | -32.9 | 897 | 1,053 | 17.4 |
| **4TH** | **21,147** | **39,503** | **86.8** | **19,581** | **22,670** | **15.8** | **17,631** | **34,464** | **95.5** |
| MD | 3,788 | 4,166 | 10.0 | 3,809 | 4,418 | 16.0 | 3,308 | 3,056 | -7.6 |
| NC,E | 1,529 | 1,515 | -0.9 | 1,440 | 1,374 | -4.6 | 1,318 | 1,459 | 10.7 |
| NC,M | 1,247 | 1,220 | -2.2 | 1,157 | 1,217 | 5.2 | 1,074 | 1,077 | 0.3 |
| NC,W | 1,074 | 1,151 | 7.2 | 955 | 1,122 | 17.5 | 1,104 | 1,133 | 2.6 |
| SC | 4,308 | 23,508 | 445.7 | 4,361 | 5,276 | 21.0 | 4,264 | 22,496 | 427.6 |
| VA,E | 4,245 | 4,555 | 7.3 | 4,126 | 4,606 | 11.6 | 2,277 | 2,226 | -2.2 |
| VA,W | 1,559 | 1,419 | -9.0 | 1,800 | 1,621 | -10.0 | 1,116 | 914 | -18.1 |
| WV,N | 789 | 652 | -17.4 | 716 | 644 | -10.1 | 678 | 686 | 1.2 |
| WV,S | 2,608 | 1,317 | -49.5 | 1,217 | 2,392 | 96.5 | 2,492 | 1,417 | -43.1 |

## Table C. (March 31, 2005—Continued)

| Circuit | Filings 2004 | Filings 2005 | Filings Percent Change | Terminations 2004 | Terminations 2005 | Terminations Percent Change | Pending 2004[1] | Pending 2005 | Pending Percent Change |
|---|---|---|---|---|---|---|---|---|---|
| **5TH** | **34,864** | **29,852** | **-14.4** | **33,023** | **32,074** | **-2.9** | **35,580** | **33,358** | **-6.3** |
| LA,E | 3,456 | 3,441 | -0.4 | 3,372 | 3,195 | -5.3 | 3,163 | 3,409 | 7.8 |
| LA,M | 1,068 | 1,001 | -6.3 | 1,014 | 1,047 | 3.3 | 8,843 | 8,797 | -0.5 |
| LA,W | 2,640 | 2,576 | -2.4 | 2,510 | 2,723 | 8.5 | 2,668 | 2,521 | -5.5 |
| MS,N | 1,670 | 1,353 | -19.0 | 1,552 | 1,368 | -11.9 | 1,524 | 1,509 | -1.0 |
| MS,S | 3,742 | 2,687 | -28.2 | 4,023 | 4,058 | 0.9 | 4,250 | 2,879 | -32.3 |
| TX,N | 6,144 | 5,014 | -18.4 | 5,657 | 5,620 | -0.7 | 4,216 | 3,610 | -14.4 |
| TX,E | 3,779 | 3,006 | -20.5 | 3,509 | 3,149 | -10.3 | 2,626 | 2,483 | -5.5 |
| TX,S | 8,920 | 7,296 | -18.2 | 8,157 | 7,590 | -7.0 | 5,755 | 5,461 | -5.1 |
| TX,W | 3,445 | 3,478 | 1.0 | 3,229 | 3,324 | 2.9 | 2,535 | 2,689 | 6.1 |
| **6TH** | **23,668** | **24,236** | **2.4** | **21,046** | **26,350** | **25.2** | **39,637** | **37,523** | **-5.3** |
| KY,E | 2,309 | 2,297 | -0.5 | 2,416 | 2,376 | -1.7 | 1,864 | 1,785 | -4.2 |
| KY,W | 1,487 | 1,410 | -5.2 | 1,500 | 1,550 | 3.3 | 1,508 | 1,368 | -9.3 |
| MI,E | 4,880 | 5,151 | 5.6 | 4,723 | 4,916 | 4.1 | 19,165 | 19,400 | 1.2 |
| MI,W | 1,741 | 1,660 | -4.7 | 1,648 | 1,731 | 5.0 | 1,321 | 1,250 | -5.4 |
| OH,N | 5,844 | 6,392 | 9.4 | 3,666 | 8,521 | 132.4 | 7,830 | 5,701 | -27.2 |
| OH,S | 2,722 | 2,683 | -1.4 | 2,699 | 2,623 | -2.8 | 3,169 | 3,229 | 1.9 |
| TN,E | 1,710 | 1,669 | -2.4 | 1,607 | 1,690 | 5.2 | 1,837 | 1,816 | -1.2 |
| TN,M | 1,631 | 1,477 | -9.5 | 1,667 | 1,678 | 0.7 | 1,615 | 1,414 | -12.5 |
| TN,W | 1,344 | 1,497 | 11.4 | 1,120 | 1,265 | 12.9 | 1,328 | 1,560 | 17.5 |
| **7TH** | **20,344** | **17,965** | **-11.7** | **19,794** | **19,614** | **-0.9** | **16,531** | **14,882** | **-10.0** |
| IL,N | 10,378 | 8,305 | -20.0 | 10,320 | 9,376 | -9.2 | 7,799 | 6,728 | -13.7 |
| IL,C | 1,085 | 1,180 | 8.8 | 1,104 | 1,172 | 6.2 | 997 | 1,005 | 0.8 |
| IL,S | 1,159 | 1,282 | 10.6 | 1,106 | 1,336 | 20.8 | 1,296 | 1,242 | -4.2 |
| IN,N | 2,156 | 1,922 | -10.9 | 2,077 | 2,041 | -1.7 | 1,792 | 1,673 | -6.7 |
| IN,S | 3,153 | 2,955 | -6.3 | 3,107 | 3,265 | 5.1 | 2,920 | 2,610 | -10.6 |
| WI,E | 1,598 | 1,351 | -15.5 | 1,343 | 1,427 | 6.3 | 1,419 | 1,343 | -5.4 |
| WI,W | 815 | 970 | 19.0 | 737 | 997 | 35.3 | 308 | 281 | -8.8 |
| **8TH** | **17,004** | **17,309** | **1.8** | **15,244** | **16,734** | **9.8** | **18,069** | **18,644** | **3.2** |
| AR,E | 2,403 | 3,704 | 54.1 | 2,202 | 2,422 | 10.0 | 2,197 | 3,479 | 58.4 |
| AR,W | 1,318 | 1,055 | -20.0 | 1,253 | 1,185 | -5.4 | 1,022 | 892 | -12.7 |
| IA,N | 599 | 677 | 13.0 | 595 | 634 | 6.6 | 556 | 599 | 7.7 |
| IA,S | 1,043 | 954 | -8.5 | 864 | 1,023 | 18.4 | 1,039 | 970 | -6.7 |
| MN | 5,443 | 4,440 | -18.4 | 4,083 | 4,865 | 19.2 | 7,715 | 7,290 | -5.5 |
| MO,E | 2,169 | 2,327 | 7.3 | 2,175 | 2,318 | 6.6 | 1,949 | 1,958 | 0.5 |
| MO,W | 2,189 | 2,420 | 10.6 | 2,240 | 2,382 | 6.3 | 1,878 | 1,916 | 2.0 |
| NE | 1,100 | 1,007 | -8.5 | 1,060 | 1,182 | 11.5 | 1,031 | 856 | -17.0 |
| ND | 268 | 323 | 20.5 | 291 | 290 | -0.4 | 215 | 248 | 15.3 |
| SD | 472 | 402 | -14.8 | 481 | 433 | -10.0 | 467 | 436 | -6.6 |

37

## Table C. (March 31, 2005—Continued)

| Circuit | Filings | | | Terminations | | | Pending | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2004 | 2005 | Percent Change | 2004 | 2005 | Percent Change | 2004[1] | 2005 | Percent Change |
| **9TH** | **43,871** | **43,661** | **-0.5** | **40,804** | **42,920** | **5.2** | **41,021** | **41,762** | **1.8** |
| AK | 389 | 361 | -7.2 | 346 | 393 | 13.6 | 388 | 356 | -8.3 |
| AZ | 3,353 | 4,295 | 28.1 | 3,303 | 3,531 | 6.9 | 3,518 | 4,282 | 21.7 |
| CA,N | 5,962 | 5,705 | -4.3 | 5,528 | 5,815 | 5.2 | 6,132 | 6,022 | -1.8 |
| CA,E | 4,732 | 4,404 | -6.9 | 4,040 | 4,398 | 8.9 | 5,515 | 5,521 | 0.1 |
| CA,C | 13,523 | 14,070 | 4.0 | 13,699 | 13,766 | 0.5 | 11,274 | 11,578 | 2.7 |
| CA,S | 2,863 | 2,794 | -2.4 | 2,790 | 2,928 | 4.9 | 2,153 | 2,019 | -6.2 |
| HI | 784 | 761 | -2.9 | 987 | 792 | -19.8 | 784 | 753 | -4.0 |
| ID | 607 | 642 | 5.8 | 579 | 650 | 12.3 | 700 | 692 | -1.2 |
| MT | 700 | 711 | 1.6 | 699 | 665 | -4.9 | 768 | 814 | 6.0 |
| NV | 2,480 | 2,678 | 8.0 | 2,433 | 2,581 | 6.1 | 2,393 | 2,490 | 4.1 |
| OR | 2,514 | 2,533 | 0.8 | 2,040 | 2,445 | 19.9 | 2,388 | 2,476 | 3.7 |
| WA,E | 951 | 910 | -4.3 | 847 | 985 | 16.3 | 723 | 648 | -10.4 |
| WA,W | 4,919 | 3,712 | -24.5 | 3,434 | 3,877 | 12.9 | 4,139 | 3,974 | -4.0 |
| GUAM | 52 | 50 | -3.9 | 38 | 57 | 50.0 | 92 | 85 | -7.6 |
| NMI | 42 | 35 | -16.7 | 41 | 37 | -9.8 | 54 | 52 | -3.7 |
| **10TH** | **11,348** | **11,053** | **-2.6** | **11,463** | **11,717** | **2.2** | **10,489** | **9,825** | **-6.3** |
| CO | 2,903 | 2,748 | -5.3 | 2,725 | 2,995 | 9.9 | 2,527 | 2,280 | -9.8 |
| KS | 1,778 | 1,774 | -0.2 | 1,866 | 1,930 | 3.4 | 1,692 | 1,536 | -9.2 |
| NM | 1,476 | 1,489 | 0.9 | 1,559 | 1,607 | 3.1 | 1,445 | 1,327 | -8.2 |
| OK,N | 973 | 904 | -7.1 | 890 | 956 | 7.4 | 1,087 | 1,035 | -4.8 |
| OK,E | 706 | 597 | -15.4 | 673 | 622 | -7.6 | 555 | 530 | -4.5 |
| OK,W | 1,853 | 1,812 | -2.2 | 1,986 | 1,783 | -10.2 | 1,270 | 1,299 | 2.3 |
| UT | 1,301 | 1,350 | 3.8 | 1,416 | 1,440 | 1.7 | 1,537 | 1,447 | -5.9 |
| WY | 358 | 379 | 5.9 | 348 | 384 | 10.3 | 376 | 371 | -1.3 |
| **11TH** | **28,653** | **28,969** | **1.1** | **27,051** | **29,531** | **9.2** | **24,154** | **23,592** | **-2.3** |
| AL,N | 3,439 | 3,699 | 7.6 | 3,358 | 3,912 | 16.5 | 3,101 | 2,888 | -6.9 |
| AL,M | 1,280 | 1,271 | -0.7 | 1,263 | 1,334 | 5.6 | 1,295 | 1,232 | -4.9 |
| AL,S | 923 | 874 | -5.3 | 930 | 892 | -4.1 | 729 | 711 | -2.5 |
| FL,N | 1,492 | 1,903 | 27.5 | 1,365 | 1,781 | 30.5 | 1,182 | 1,304 | 10.3 |
| FL,M | 7,113 | 7,420 | 4.3 | 6,522 | 7,295 | 11.9 | 5,253 | 5,378 | 2.4 |
| FL,S | 7,178 | 6,877 | -4.2 | 6,947 | 7,181 | 3.4 | 6,698 | 6,394 | -4.5 |
| GA,N | 4,997 | 4,540 | -9.2 | 4,412 | 4,875 | 10.5 | 4,014 | 3,679 | -8.4 |
| GA,M | 1,126 | 1,198 | 6.4 | 1,206 | 1,221 | 1.2 | 1,060 | 1,037 | -2.2 |
| GA,S | 1,105 | 1,187 | 7.4 | 1,048 | 1,040 | -0.8 | 822 | 969 | 17.9 |

NOTE: PENDING CASES EXCLUDE ASBESTOS CASES TRANSFERRED TO PA,E UNDER ORDER 875 OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION.
[1] REVISED.

38