UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARK INITIATIVE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOREST SERV., et al.,<br><br>Defendants. | Civil Action No. 06-1574 (JDB) |

## ORDER

Defendants have filed an unopposed motion to transfer this administrative agency-review and FOIA action to the United States District Court for the District of Colorado. Pursuant to 28 U.S.C. § 1404(a), the Court has the discretion to transfer any civil action "to any other district or division where it might have been brought" for "the convenience of parties and witnesses, in the interest of justice." This action could have been brought in the District of Colorado, where one of the plaintiffs resides and where a substantial part of the events or omissions giving rise to the plaintiffs' claims occurred. See 28 U.S.C. § 1391(e). Upon consideration of the defendants' motion and supporting memorandum, the plaintiffs' lack of opposition, and the entire record herein, it is this 23rd day of October, 2006, hereby

**ORDERED** that defendants' motion is **GRANTED**, and it is further

**ORDERED** that this action shall be **TRANSFERRED** to the United States District Court for the District of Colorado.

                                /s/ John D. Bates
                                  **JOHN D. BATES**
                              **United States District Judge**