SUE ELLEN WOOLDRIDGE
Assistant Attorney General
BEVERLY F. LI (WSBA #33267)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 663
Washington, DC 20044-0663
Telephone: (202) 353-9213
Facsimile: (202) 514-8865
beverly.li@usdoj.gov

Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE ARK INITIATIVE, DONALD DUERR, ALEX FORSYTHE, and PAUL SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; and DALE BOSWORTH, Chief, United States Forest Service, <br><br> Federal Defendants. | Case No. 06-CV-1574-JDB |

**STIPULATED REQUEST TO EXTEND TIME**
**FOR FILING DEFENDANTS' ANSWER**
**TO PLAINTIFFS' COMPLAINT**

Plaintiffs and Defendants ("the Parties") hereby stipulate and respectfully request that the Court extend the time for filing Defendants' Answer to Plaintiffs' Complaint due to the fact that this Court on October 23, 2006 granted Defendants' unopposed motion to transfer venue to the District of Colorado [docket no. 7], but to date the administrative processing of the transfer of this matter has not yet been completed. Defendants' Answer is currently due on November 7, 2006, and Defendants believe the Answer should properly be filed in the District of Colorado. Thus, the parties jointly request that the Court grant an extension of time for the filing of Defendants' Answer to Plaintiffs' Complaint until five days after the transfer of this matter to the

STIP. TO EXTEND TIME FOR FILING ANSWER                                                                                          1

District of Colorado is completed, and a new case is opened in the District of Colorado.

Dated: November 7, 2006

                Respectfully submitted,

                SUE ELLEN WOOLDRIDGE
                Assistant Attorney General
                /s/   Beverly F. Li
                BEVERLY F. LI
                Trial Attorney
                U.S. Department of Justice
                Environment & Natural Resources Div.
                P.O. Box 663
                Washington, DC 20044-0663
                Telephone: (202) 353-9213
                Facsimile: (202) 514-8865

                Attorney for Federal Defendants

                /s/ Judith Brawer
                Judith Brawer
                1502 N. 7th Street
                Boise, ID 83702
                Tel: 208-871-0596
                jbrawer@brawerlaw.com

                Attorney for Plaintiffs

**PROPOSED ORDER**

This matter is before the Court on the Stipulated Request to Extend Time for Filing Defendants' Answer to Plaintiffs' Complaint. Pursuant to the Parties' stipulation, it is hereby:

ORDERED that the Parties' request is granted; it is further

ORDERED that the current deadline for filing Defendants' Answer to Plaintiffs' Complaint is extended until five (5) days after the transfer of this matter to the District of Colorado is completed and a new case is opened in the District of Colorado.

IT IS SO ORDERED.

Dated: _____          _____

                                      Honorable John D. Bates
                                      U.S. District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2006, I electronically filed the foregoing STIPULATED REQUEST TO EXTEND TIME FOR FILING FEDERAL DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James B. Dougherty
LAW OFFICE OF J.B. DOUGHERTY
709 Third Street, SW
Washington, DC 20024
Tel: (202) 488-1140
Fax: (202) 484-1789
Email: jdoughertydc@yahoo.com

Attorney for Plaintiffs

I hereby certify that on November 7, 2006, I served the foregoing by first class mail, postage prepaid, to the following counsel of record:

Judith Brawer
1502 N. 7th Street
Boise, ID 83702
Tel: 208-871-0596
jbrawer@brawerlaw.com

Attorney for Plaintiffs

                                                 /s/ Beverly F. Li
                                               Beverly F. Li
                                               Attorney for Federal Defendants